IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNIVERSITY OF MARYLAND STUDENTS FOR JUSTICE IN PALESTINE, | * |
| *Plaintiff*, | * |
| v. | *   No. 8:24-cv-02683-PJM |
| BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF MARYLAND, *ET AL.*, | * |
| *Defendants*. | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**DEFENDANTS' RESPONSE TO INQUIRY
REQUESTING CERTAIN DOCUMENTS**

Pursuant to the Court's e-mailed request to all counsel of record in the above-captioned matter at 5:25 p.m. on September 24, 2024, asking that the parties file "a complete copy of the application that SJP-UMD submitted for its October 7 event reservation" and "any policies that registered student organizations must agree to that pertain to the holding of public events," please find three documents filed herewith.

- Exhibit A is a copy of the University's record of the initial event reservation made by plaintiff University of Maryland Students for Justice in Palestine's ("SJP") for October 7, 2024.

- Exhibit B is a copy of the University's record of SJP's follow-up submission to the University's Stamp Student Union Student Organization Resource Center providing more details about the proposed event.

1

- Exhibit C is a copy of the University of Maryland Policy and Procedures for the Use of Facilities and Outdoor Spaces.

Additional University of Maryland policies governing student organizations hosting events may be found in the University's Event Management & Policy Manual. This manual is lengthy and does not exist in printed/pdf form. It may be found at https://stamp.umd.edu/events/event_guest_services/policies_procedures. Defendants respectfully direct the Court's particular attention to the sections on "Security" and "Expressive Activity Events."

    Respectfully submitted,

    ANTHONY G. BROWN
    Attorney General of Maryland

    /s/ Jennifer A. DeRose

    _____
    JENNIFER A. DEROSE
    Federal Bar No. 28374
    PATRICK SHERIDAN
    Federal Bar No. 27009
    Assistant Attorneys General
    Office of the Attorney General
    200 St. Paul Place, 17th Floor
    Baltimore, Maryland 21202
    jderose@oag.state.md.us
    (410) 576-6318
    (410) 576-6437 (facsimile)

September 24, 2024    Attorneys for Defendants

## CERTIFICATE OF SERVICE

I certify that, on this 24th day of September, 2024 the foregoing Defendants' Response to Inquiry Requesting Certain Documents was served by CM/ECF on all registered CMF users:

>Lena F. Masri, Esq.
>453 New Jersey Avenue SE
>Washington, District of Columbia  20003
>lmasri@cair.com
>
>Gadeir I. Abbas, Esq.
>453 New Jersey Avenue SE
>Washington, District of Columbia  20003
>gabbas@cair.com

/s/ Patrick D. Sheridan
_____
Patrick D. Sheridan