**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| UNIVERSITY OF MARYLAND STUDENTS FOR JUSTICE IN PALESTINE ("SJP"), | * * * | |
| *Plaintiff,* | * * | |
| v. | * * | |
| | * | Civil No. 24-2683 PJM |
| BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF MARYLAND, *et al.,* | * * * | |
| | * | |
| *Defendants.* | * * | |

## ORDER AND PRELIMINARY INJUNCTION

For the reasons set forth in the accompanying Memorandum Opinion, it is this _1_ day of October 2024, by the United States District Court for the District of Maryland, **ORDERED:**

1. This Order applies only to Plaintiff SJP's holding of an event on the College Park campus on October 7. As such, Plaintiff's request to revoke any ban on events outside the College Park campus on October 7 is **DENIED WITHOUT PREJUDICE**. Otherwise, Plaintiff's Motion for Preliminary Injunction (ECF No. 8) is **GRANTED**. Plaintiff SJP has demonstrated a substantial likelihood that it will prevail on the merits of its freedom of speech claim. In the absence of preliminary injunctive relief, the Court further finds Plaintiff will suffer irreparable harm in the form of deprivation of its right to freedom of speech as guaranteed by the First Amendment to the Constitution; the balance of the equities favors Plaintiff as opposed to Defendants; and a Preliminary Injunction would be in the public interest. Accordingly, Plaintiff's Motion for Preliminary Injunction (ECF No. 8) is **GRANTED IN PART** and **DENIED WITHOUT PREJUDICE IN PART.**

2.  Pending further Order of the Court, the Defendants (Board of Regents of the University System of Maryland; University of Maryland, College Park; Darryll J. Pines, in his individual capacity and his official capacity as the President of the University of Maryland, College Park), their officers, agents, servants, employees, and all persons in active concert or participation with them who receive actual notice of this injunction, shall in no way prohibit or impede Plaintiff from hosting its proposed vigil on McKeldin Mall on October 7, 2024.

3.  That said, Plaintiff shall comply with all conditions of the University's Policy and Procedures for the Use of Facilities and Outdoor Spaces, attached hereto and incorporated herein.

4.  Defendants shall have the right, according to the Policy and Procedures that Plaintiff has agreed to, to provide and enhance, if necessary, campus security; to inquire of participants to identify themselves; to administer appropriate crowd-control measures and, in appropriate circumstances, to oust any individual from campus who is not in compliance with such reasonable crowd-control measures. Defendants shall have the right to issue otherwise lawful crowd-dispersal orders.

5.  Plaintiff shall post a bond in the amount of $2,500 as security in connection with this Order, pursuant to Fed. R. Civ. Pro. 65(c).

6.  This Injunction shall not take effect unless and until the posting an approval by the Court of the requisite bond.

7.  The Court retains jurisdiction over any disputes that may arise over compliance with this Order.

Case 8:24-cv-02683-PJM   Document 36   Filed 10/01/24   Page 3 of 3

8. The Court, of course, retains jurisdiction over all other aspects of this litigation.

_____

**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**

3