

# University Policies

[ Section VI: General Administration ](https://policies.umd.edu/general-administration)

Policy Number: VI-4.10(A)

**UNIVERSITY OF MARYLAND POLICY AND PROCEDURES FOR THE USE OF FACILITIES AND OUTDOOR SPACES**

(Approved by the President August 01, 1991, Amended January 18, 2001, Technical amendment April 24, 2003, Amended September 24, 2019, Amended and approved on an interim basis September 18, 2020, Amended April 27, 2021, Amended and approved on an interim basis by the President effective November 27, 2023,Amended and approved on an interim basis by the President effective August 19, 2024, pending University Senate Action)

I. Policy

It is the policy of the University of Maryland, College Park ("University") that its physical facilities and outdoor spaces be used to support the University's central mission as a land grant institution and its goals of achieving excellence in teaching, research, and public service within a supportive, respectful, and inclusive environment that honors freedom of expression and complies with the First Amendment.

II. Applicability

This policy applies to members of the University community (students, faculty, and staff) and other individuals or parties who utilize University facilities and outdoor spaces. The licensed use of University facilities for research-related activities by External Users is addressed in the University of Maryland Policy on the Use of University Facilities by External Users for Research-Related Activities (VIII-14.00[A]).

III. Definitions

    A. "Expressive Activity" means verbal or non-verbal expression and assembly protected by the First Amendment, including but not limited to Public Speaking, Leafleting, Posting, demonstrations, rallies, picketing, vigils, parades, and marches.

    B. "External User" means a group or individual that is not a University academic or administrative unit, a Registered Student Organization, a University employee or employees acting within the scope of their employment, or a registered University student.

    C. "Fronting" means an Internal User acting as an agent for an External User to (1) receive access to University facilities and outdoors spaces only intended for use by Internal Users; or (2) receive discounted rates for the use of University facilities or outdoor spaces where the Internal User attempts to vacate responsibility for the event, Program, or activities that occur after receiving discounted rates.

    D. "Host" means an Internal User or External User who plans and/or delivers a Program to which others are invited.

    E. "Internal User" means a University academic or administrative unit, a Registered Student Organization, a University employee or employees acting within the scope of their employment, or an individual or group of registered University students.

F. "Leafleting" means the distribution of non-commercial announcements, statements, handbills, leaflets, pamphlets, magazines, or other materials to individuals, who may accept or decline to accept the materials.

G. "Posting" means the placement of announcements, statements, posters, signs, flyers, or other written materials on designated bulletin boards, kiosks, or other approved surfaces within campus indoor and outdoor spaces, intended for public viewing.

H. "Program" is an activity or event that is intended to take place in a University facility or outdoor space, which may include Expressive Activity.

I. "Public Speaking" means orally and audibly expressing a message, idea, opinion, concept, principle, or belief directed to a general audience and in a manner other than through a private conversation.

J. "Registered Student Organization" is a student group that is registered with the Student Organization Resource Center within the Division of Student Affairs as defined by the University of Maryland, College Park Procedures for Student Organizations (V-1.00[F]).

IV. General Guidelines for the Use of University Facilities and Outdoor Spaces

A. University facilities and outdoor spaces are available primarily for Programs offered by and intended for Internal Users as members of the University community.

B. Except as noted in Section VI, all Programs must be hosted by an Internal User.

C. Internal Users are encouraged to reserve University facilities and outdoor spaces for Programs in advance. Reservations may be required for some facilities and spaces.

D. Hosts are responsible for all activities associated with the Program, including all financial and legal liabilities.

E. Use of University facilities and outdoor spaces is limited to the declared purpose of the reservation and must comply with all relevant University policies and procedures and local, state, and federal laws and regulations.

F. Fees may be charged for the use of University facilities and outdoor spaces to cover the cost of reservations, personnel, technology, and security. These costs are the responsibility of the Internal User or External User reserving the facility or space.

G. Insurance may be required, when appropriate.

H. Fronting by Internal Users is prohibited.

I. Use of University Facilities and outdoor spaces, including for Expressive Activity, must comply with the Guidelines for Expressive Activity, set forth in Appendix A, and for such other rules and procedures as may be applicable to the specific facility or space.

J. The following activities are prohibited unless specifically authorized by the relevant space manager:

1. The sale or promotion of commercial goods or services;

2. The use of amplified sound;

3. The unauthorized construction or erection of temporary or permanent structures on University grounds including, without limitation, encampments, tents, huts and other forms of temporary accommodations, whether for overnight use or not.

4. The unauthorized overnight use of University grounds and facilities.

5. The blocking of pedestrian or vehicular traffic or the blocking of ingress and egress into or out of or within University buildings; and

6. Conduct which the University reasonably deems to cause disruption to campus activities.

K. Failure to adhere to this Policy may result in revocation of an approved reservation and/or other appropriate administrative action, including disciplinary action as permitted by relevant University policies.

L. Additional rules regarding the use of University facilities and outdoor spaces, Expressive Activity, Leafleting, Chalking, and Posting are set forth in Appendix A - Guidelines for Expressive Activity, which is incorporated into this Policy.

M. Subject to the restrictions in Appendix A, nothing in this Policy shall be construed to prohibit any person or group who is engaged in a permitted use of University facilities or outdoor spaces from engaging in free expression activities such as private conversation, gesturing, standing, wearing expressive clothing, accessories, buttons, or stickers, or from participating in free expression activities germane to a specific activity or event.

V. Internal Users: Use of University Facilities and Outdoor Spaces

A. Internal Users may serve as Hosts for Programs proposed by External Users, but Fronting by Internal Users is prohibited.

B. Internal Users in University academic or administrative units who serve as Hosts to External Users for Programs that are open to a general audience must report the Programs in advance to their unit head. Registered Student Organizations must report all Programs in advance to the appropriate facility manager and/or Stamp Student Organization Resource Center ("SORC").

C. Except as provided in Section VI of this Policy and Appendix A, only University academic or administrative units and Registered Student Organizations may serve as a Host for a Program where External Users are invited to participate in Expressive Activity.

D. General Purpose Classroom Space

1. Course and Classroom Scheduling Services in the Office of the Registrar has the first priority to schedule general purpose classrooms for classes.

2. Subject to Section V.D.1 above, Internal Users may reserve available general purpose classroom space as set forth below:

a. Academic or administrative units, faculty, and staff may reserve general purpose classroom space through Course and Classroom Scheduling Services in accordance with internal procedures.

b. Registered Student Organizations may reserve general purpose classroom space through Stamp Event & Guest Services in accordance with internal procedures.

E. Outdoor Space

1. Reservations for the use of outdoor space controlled by Stamp Event & Guest Services are made through Stamp Event & Guest Services in accordance with internal procedures and Appendix A.

F. Other University Facilities and Outdoor Spaces

    1. University Facilities and outdoor spaces controlled by academic or administrative units other than those included in Sections V.D and V.E are managed by the units to which the space is allocated and may be reserved in accordance with those units' internal procedures or through Conferences & Visitor Services.

VI. External Users: Reservations for Programs & Expressive Activity

A. External Users not otherwise hosted by a University academic or administrative unit or a Registered Student Organization may reserve University facilities and limited outdoor spaces in accordance with this Section VI and Appendix A.

B. Reservations for Programs

    1. External Users may directly reserve University facilities and limited outdoor spaces for Programs.

        a. External Users may directly reserve designated University facilities and outdoor spaces set forth in the List of Facilities and Outdoor Spaces Available for Direct Reservations by External Users (see Attachment A), through the appropriate reservations office for such facility or space.

        b. External Users may directly reserve designated University facilities and outdoor spaces not listed in Attachment A through Conferences & Visitor Services.

        c. Each reservable facility and outdoor space will have an approved pricing structure and internal procedures for serving the general public.

C. Reservations for Expressive Activity

    1. Outdoor spaces that are available to External Users who wish to engage in Expressive Activity, including Leafleting, and procedures for reserving those spaces are set forth in Appendix A.

    2. External Users are required to reserve space in advance by requesting a reservation with Stamp Event & Guest Services. Priority will be given to Internal Users.

VII. Facility/Space Use Review

A. The University reserves the right to review any request for the use of its facilities or outdoor spaces in order to: ensure compliance with this Policy, including the guidelines set forth in Appendix A, and to prevent substantial disruption of the advancement of the University's teaching, research, and service mission; prevent substantial disruption of normal or scheduled users of University property; facilitate traffic on University property; preserve residential tranquility for students; preserve an atmosphere conducive to learning; preserve University property; and protect the health, safety, and welfare of the University community and individuals using University property. Based on that review, the University may relocate a Program to a more suitable location, reschedule a Program, or cancel a Program.

B. Reviews will be conducted by an Event Coordination Team (ECT) subject to criteria set forth in the ECT Guidelines.

Appendix A - Guidelines for Expressive Activity

I. Rationale

The University of Maryland recognizes that the exchange of ideas and information is central to higher education's foremost obligation of fostering both intellectual development and the discovery and dissemination of knowledge. The University supports the rights of individual students, faculty, staff, and student organizations to engage in the expression of ideas, demonstrate, and leaflet, provided such activities are lawful and consistent with University policies.

The University's Statement on Free Speech Values (
[https://policies.umd.edu/statement-free-speech-values](https://policies.umd.edu/statement-free-speech-values)) articulates the role of a university in discovering and disseminating knowledge as one that requires a free exchange of ideas within its walls and with the world beyond. Freedom of thought and expression are the lifeblood of our academic community. As a community of scholars and learners, the University is committed to fostering vigorous debate among faculty, staff, students and student organizations. The University also recognizes that a healthy and thriving academic community depends on mutual respect and civility. It is the University's goal to encourage civility and mutual respect and to educate its community about how to communicate effectively and respectfully regarding contentious and disagreeable issues. Exposure to all perspectives, including those that may be deemed disagreeable or offensive, can and should be an essential part of the educational experience and academic life on campus.

The ideas of different members of the University community may often and quite naturally conflict. Individuals may find some ideas and opinions unwelcome, disagreeable, or even deeply offensive. With certain exceptions, such as threats of physical violence and unlawful harassment, the expression of ideas through speech in University facilities and outdoor spaces is protected by the First Amendment of the United States Constitution, subject to reasonable time, place and manner restrictions the University imposes.

The University also recognizes its obligation to protect the physical safety of its community members, and to address unlawful conduct including unlawful harassment based on race, color, sex, gender identity or expression, sexual orientation, marital status, age, national origin, political affiliation, physical or mental disability, religion, protected veteran status, genetic information or any other legally protected status.

II. Principles on Expressive Activity

A. The Guidelines for Expressive Activity ("these Guidelines") are intended to guide and apply to those who wish to reserve University facilities and outdoor spaces for Expressive Activity, including both Internal Users and External Users.

B. The University supports the right of individuals to engage in Expressive Activity, provided such activities are consistent with the University of Maryland Policy and Procedures for the Use of Facilities and Outdoor Spaces (VI-4.10[A]) ("the Policy") and the reasonable time, place, and manner restrictions outlined below.

C. Violations of these regulations by students, staff, or faculty may be grounds for disciplinary action under other University policies and procedures, including but not limited to the University of Maryland Code of Student Conduct (V-1.00[B]) "*Code of Student Conduct.*"

III. Rules for Expressive Activity

A. Individuals may not block or otherwise interfere with the free flow of pedestrian or vehicular traffic or other transportation modes including but not limited to public transit, bicycle, moped, golf cart, scooter, skateboard, rollerblades, etc. The right of way on streets and sidewalks must be maintained.

B. Individuals may not block or otherwise interfere with ingress and egress into and out of or within campus buildings.

C. Individuals shall not obstruct, disrupt, interrupt, or attempt to force the cancellation of any Program hosted by the University or by any users authorized to use University facilities or outdoor spaces.

D. Individuals shall not engage in unlawfully harassing, physically abusive, threatening or intimidating, or lewd or obscene conduct toward any person.

E. Individuals shall comply with the directions of any University official acting in the performance of their duty.

F. Classes or other scheduled activities shall not be disrupted.

G. Use of public address systems and amplified sound will not be permitted without prior approval from the University, through the relevant space manager. Those approved to use amplified sound are generally only permitted to use it at the following days/times: Fridays (5pm – 10pm), Saturdays (10am – 10pm), and Sundays (12pm – 8pm).

H. Where an invited speaker is the object of protest, individuals may engage in Expressive Activity outside the building where the speech is taking place. Individuals who wish to enter the building must do so as members of the audience and must give the speaker a respectful hearing. Failure to grant the speaker a respectful hearing may result in the offending individual(s) being asked to leave. Any signs, banners, or similar items carried into the building must be constructed of materials that do not present a safety hazard and may not be attached to rigid materials such as sticks or poles. The use of such items may not deprive others of their rights or otherwise violate these Guidelines. The University reserves the right to prohibit or restrict the carrying of such items into a building when there is a reasonable expectation that it will compromise safety, interfere with ingress or egress, or deprive others of their rights such as by interfering with others' ability to see, hear, or participate in the event.

I. University property must be protected at all times.

J. In accordance with Maryland Code Ann., Educ.§ 26-102, as amended, individuals on University property may be required to provide identification and evidence of qualification to a University official upon request. Evidence of qualification means evidence that the individual is a bona fide, currently registered student, staff, or faculty member at the institution, or has lawful activity to pursue at the University.

K. Individuals engaging in activities on University property are subject to and expected to comply with all applicable University policies and procedures, laws, regulations, and ordinances.

L. Registered Student Organizations who host Expressive Activity will be held responsible for compliance with the Policy. However, this in no way relieves participating individuals of responsibility for their conduct. Each individual participating in Expressive Activity, whether hosted by a Registered Student Organization or not, is accountable for compliance with the provisions of the Policy and all other applicable University policies and procedures, including the Code of Student Conduct.

M. Violation of the Policy may be grounds for disciplinary action against both individuals and/or the sponsoring or participating Registered Student Organizations and their officers.

IV. Rules for Scheduled Expressive Activity by External Users

A. All External Users who wish to schedule Expressive Activity are required to comply with the reservation requirements of this Section. They may request outdoor space as set forth below.

1. Scheduled Expressive Activity will be permitted at the following locations:

a. Designated sidewalk space outside of the southeast entry to Stamp Student Union; and

b. Designated space in Hornbake Plaza.

2. Any such request must be made to Stamp Event & Guest Services seven (7) calendar days in advance of the activity.

3. Stamp Event & Guest Services will attempt to respond promptly to any reservation request.

4. External User requests will be considered on a first-come, first-served basis after giving priority to Internal Users.

5. Reservation requests are approved based on the stated expected use of the space without regard to the content or viewpoint of the Expressive Activity.

6. Reservations are valid only for the date and time authorized by the University.

7. A copy of a Confirmation Summary for the Speaker Registration Form must be made available for inspection upon request by University officials.

V. Rules for Scheduled Expressive Activity by Registered University Students

A. Individuals or groups of registered University students are subject to the provisions below.

1. Scheduled Expressive Activity will be permitted at the following locations:

a. McKeldin Mall;

b. Hornbake Plaza;

c. Stamp Student Union (South East Plaza); and

d. Nyumburu Amphitheater.

2. Any reservation request must be made to Stamp Event & Guest Services no less than seven (7) calendar days in advance of the activity.

3. Reservation requests are approved based on the stated expected use of the space without regard to the content or viewpoint of the Expressive Activity.

4. In the event a reservation request is denied, an appeal may be made to the Vice President for Student Affairs who shall respond promptly to any such appeal.

5. Scheduled Expressive Activity may be held at other locations on campus with the approval of the Vice President for Student Affairs on a first-come, first-served basis after an assessment that such activity will not interfere with scheduled University use or fail to comply with the Policy.

VI. Rules for Unscheduled Expressive Activity by University Students, Staff, or Faculty

A. Expressive Activity by ten (10) or fewer University students, faculty, or staff may occur at any outdoor area without advance reservation.

B. Occasionally, events may occur that result in a sudden and immediate desire for Expressive Activity, and it is not the intent of the Policy to limit University students, staff, or faculty members' ability to hold such Expressive Activity events.

1. University students, staff, and faculty who want to hold unscheduled, (i.e., without a prior reservation made in accordance with Section V) spontaneous Expressive Activities must contact Stamp Event & Guest Services as soon as possible to request a reservation for the use of space. Such events are limited to one of the areas defined in Section V.A.1 of these Guidelines. Stamp Event & Guest Services shall work with the individual(s) requesting to hold such event and shall determine whether such event can be held without requiring an advance reservation in accordance with Section VI, taking into account factors such as the anticipated size and scope of such event, security and facility requirements, and the availability of University personnel. The University retains authority to determine, in its sole discretion, whether to allow such unscheduled spontaneous events, or to require the individual(s) to make a reservation pursuant to Section V. Such events may not interfere with any functions for which that space has been reserved in advance. In addition, all other rules regarding Expressive Activities shall apply.

2. University students, staff, and faculty may not circumvent the usual reservation requirements by claiming to be spontaneous.

3. In deciding whether Expressive Activity is spontaneous or planned, the University may consider any relevant evidence, including:

   a. Whether signs or placards used at the activity were commercially produced;

   b. Whether participants used amplification equipment;

   c. Whether security was alerted, or media contacted, substantially in advance of the activity; or

   d. Whether other circumstances demonstrate advance planning.

VII. Additional Rules for Leafleting and Chalking

   A. Individuals may engage in Leafleting in accordance with the Policy and subject to the following:

   1. Individuals may set up their own tables for Leafleting and are responsible for disassembly of the tables and general clean-up.

   2. Leafleting does not include littering. All individuals are expected to refrain from littering and may be held responsible for costs incurred as a result of littering. Leaving materials unattended on a surface to be picked up is considered littering.

   3. Internal Users may engage in Leafleting without registration or advance approval in any University outdoor space, the use of which is not otherwise restricted or reserved.

   4. External Users may engage in Leafleting in designated areas for Expressive Activity, in accordance with Section IV.

   B. Internal Users may use chalk to create messages on approved surfaces subject to the following:

   1. Chalking will be permitted only at the following locations:

      a. Designated sidewalk space outside of the southeast entry to the Adele H. Stamp Student Union; and

      b. Hornbake Plaza.

   2. Chalking in the areas designed in Section VII.B.1 will be subject to regular maintenance and cleaning by University staff.

3. In the event that an approved student group has reserved Hornbake Plaza for an event, the university will remove chalking and temporary signage at the designated area prior to the event or demonstration.

4. Messages may be written only on flat horizontal surfaces of sidewalks.

5. No messages may be written on vertical surfaces, including but not limited to walls, buildings, pillars, posts, benches, fencing, doors, trash receptacles, or kiosks.

6. Messages must be written in chalk that is water-soluble. Approved chalk includes commercially sold "sidewalk chalk" but does not include spray chalk or artist pastels.

7. Anyone who chalks in violation of these rules may be held responsible for costs incurred by the University for removal.

VIII. Additional Rules for the Posting of Written Materials on Campus

A. Posting is not permitted on campus other than what is permitted in this policy.

B. Enrolled students, representatives of registered student groups, faculty, staff, and University departments may post non-commercial materials related to campus events and activities in compliance with the general guidelines identified in this policy and with specific guidelines adopted for individual University facilities and buildings.

C. Materials including, but not limited to, posters, signs, and flyers may be posted on approved locations and via approved methods only. Approved locations are those areas defined below in this Policy and as permitted in individual University facilities and buildings.

D. Posting of materials is prohibited on certain surfaces and in certain locations, including, but not limited to: interior and exterior walls; doors; elevators; in restrooms; glass surfaces; sidewalks; pillars; trees; utility poles; fences; stairs; trash and recycling receptacles; lampposts; bluelight phones; university vehicles; traffic signs; the McKeldin Mall sundial; fountains; Testudo statues; and/or art installations. The University and individual University facilities and buildings may identify additional surfaces and locations on which the posting of materials is prohibited.

E. Affixing stickers or any materials designed to be permanent or semi-permanent on any surfaces within the University's purview is prohibited.

F. Painting of any surfaces is prohibited unless explicitly approved by the relevant campus departments and facilities staff, and only if associated with an approved University activity or event. Also see Section IV in this Appendix A regarding the University of Maryland Policy and Procedures for the Use of Facilities and Outdoor Spaces (VI-4.10[A]) related to the use of chalk in designated areas.

G. For all posting and/or advertising materials, to allow for transparency of ownership, posts must include the name(s) of the sponsoring group, date and time of the event, location, and title of the event/program, and contact information for the sponsoring department or group. Posting and/or advertising materials that do not include this information will be removed.

H. Outside organizations, individuals and entities not affiliated with the University may only post materials in the public use bulletin boards located at the Stamp Student Union and other approved bulletin boards in specified university buildings.

I. The University reserves the right to enter into agreements with other agencies and entities. Such approved agreements may include the ability to advertise or post informational signs per the specific terms of such agreement.

J. The sale or promotions of commercial goods and services is prohibited unless specifically authorized by the relevant space manager as identified elsewhere in this policy.

K. Postings may be made on public area bulletin boards pursuant to the requirements in this Policy. Due to limited space, postings are limited to no more than two announcements at any one time per public area bulletin board. Posting size should be no larger than 14x22 inches.

L. Postings must be attached to public area bulletin boards using non-damaging materials only. Use of tape, nails, staples, metal fasteners, or other forms of adhesives is prohibited.

M. Public bulletin boards are typically cleared on the first Monday of every month. Bulletin boards may be cleared more frequently, as needed, at the discretion of the location's building manager or departmental designee.

N. The use of lawn signs is limited. Lawn signs must identify the sponsoring department or student organization and must be removed promptly after each event by the sponsoring organization. The University and its agents reserve the right to remove lawn signs or similar materials in situations that present obstructions to egress and ingress or prevent grounds crews from maintaining the campus' facilities. Lawn signs located adjacent to the University's residence halls are prohibited unless approved, in advance, by the Department of Resident Life.

O. The University and its agents reserve the right to bill individuals, departments, and/or sponsoring groups/organizations for the costs of removal of materials posted in violation of this policy and of the repair of any associated damages.

P. Individuals found to be in violation of this policy and associated guidelines may be held responsible financially and/or via administrative and disciplinary action per the University's *Code of Student Conduct* and/or relevant University Human Resources employee policies and procedures.

Q. The University reserves the right to immediately remove any signs, posting, or other materials that do not comply with this policy, including materials that advertise events that have occurred in the past.

R. In addition to this policy, specific units, offices, departments, schools, and colleges, in support of their operations, may have related guidance that they apply in their facilities. Please refer to specific units and/or building managers for details related to posting in and adjacent to specific locations.

---

**Attachment A**

**List of Facilities and Outdoor Spaces Available for Direct Reservation by External Users**
Adele H. Stamp Student Union
Clarice Smith Performing Arts Center facilities
Intercollegiate Athletics facilities and spaces (e.g., Xfinity Center, Maryland Stadium)
Memorial Chapel
Samuel Riggs IV Alumni Center facilities
School of Music facilities
School of Theatre, Dance, & Performance Studies facilities
University Recreation and Wellness facilities (Eppley Recreation Center, Ritchie Coliseum, Armory, Golf Course Clubhouse)