## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

**PETER J. MESSITTE**
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM

TO: Clerk of Court

FROM: Judge Peter J. Messitte

RE: *Univ. of Md. Students for Just. in Palestine v. Bd. of Regents of the Univ. Sys. of Md., et al.*, No. 24-cv-2683

DATE: October 9, 2024

\* \* \*

On October 9, 2024, defense counsel in the above-captioned case informed the Court that Defendants do not object to the return of case bond in full.

Accordingly, the Clerk of Court is instructed to return the bond in full to the appropriate entity.

Despite the informal nature of this letter, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

Cc: Counsel of Record
Court file