# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| UNIVERSITY OF MARYLAND STUDENTS FOR JUSTICE IN PALESTINE, <br><br> Plaintiff, <br><br> v. <br><br> BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF MARYLAND, UNIVERSITY OF MARYLAND, COLLEGE PARK and DARRYLL J. PINES *in his individual capacity and his official capacity as the President of the University of Maryland, College Park*, <br><br> Defendants. | Civil Action No. 24-2683-TDC |

## SETTLEMENT ORDER
## (LOCAL RULE 111)

This Court has been advised by the parties that the above action has been settled, including all counterclaims, cross-claims and third-party claims, if any. Accordingly, pursuant to Local Rule 111 it is ORDERED that:

This action is hereby dismissed and each party is to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties in accordance with their agreement. The entry of this Order is without prejudice to the right of a party to move for good cause within **60 days** to reopen this action if settlement is not consummated. If no party moves to reopen, the dismissal shall be with prejudice.

Date: May 29, 2025

                                                                         /s/
                                        THEODORE D. CHUANG
                                        United States District Judge